MOORE, administrator, *v.* WALTON *et al.*

GILBERT, J. The exception in this case is to the first grant of a new trial; and therefore, in order to determine whether the verdict rendered by the jury was demanded, a proper brief of the evidence is essential. What purports to be a brief of the evidence consists, in the main, of a full stenographic report of the testimony, containing all of the questions to the witnesses and their answers. This is not a sufficient compliance with the statute; and therefore the judgment is affirmed. *Judgment affirmed. All the Justices concur.*

No. 3507. APRIL 13, 1923. REHEARING DENIED JUNE 7, 1923.

Appeal. Before Judge Ellis. Fulton superior court. October 28, 1922.

*McDaniel & Neely* and *J. M. Moore,* for plaintiff in error.

*Clement E. Sutton* and *Anderson, Rountree & Crenshaw,* contra.